| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Vanaskie, Thomas I. | 2. Court or Organization - | 3. Date of Report 11/18/93 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) X Nomination, Date 11/17/93 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/92 to 10/31/93 |
| 7. Chambers or Office Address 127 N. Washington Ave. 600 Penn Security Bank Bldg. Scranton, PA 18503 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature ___ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (no reportable positions) | |
| 1/1/91-3/20/92 Partner | Dilworth, Paxson, Kalish & Kauffman |
| 3/21/92-Present Director | Elliott, Vanaskie & Riley |
| 5/91-Present Director | Our Lady of Lourdes Regional High School Alumni Assoc. |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (no reportable agreements) | |

A.) 8/12/93 Agreement with Dilworth, Paxson, Kalish & Kauffman requiring payment to me of

$5,000 in 4 quarterly installments during 1994.

B.) Participant in Dilworth, Paxson, Kalish & Kauffman Retirement Plan

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (if applicable) | SOURCE AND TYPE | GROSS INCOME (yours) (spouse's) |
|---|---|---|
| ☐ NONE (no reportable non-investment income) | | |
| 1/1/92-3/20/92 | Dilworth, Paxson, Kalish & Kauffman (Parntership Income) | $43,117 |
| 3/21/92-12/31/92 | Elliott, North, Siedzikowski & Vanaskie, P.C. (Salary) | $122,255 |
| 1/1/93-10/31/93 | Elliott, North, Siedzikowski & Vanaskie, P.C. (Salary) | $115,000 |
| 10/93 | Dilworth, Paxson, Kalish & Kauffman (contract payment) | $1,500 |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vanaskie, Thomas I. | 11/18/93 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| **X** NONE (No such reportable reimbursements or gifts) | |
| EXEMPTED | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **X** NONE (No such reportable gifts) | | |
| EXEMPTED | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| 2/92 Loan from my retirement account under the Dilworth, Paxson, Kalish & Kauffman Retirement Plan. | | J |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I. | 11/18/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1/1/92 - 12/31/92 - Dilworth, Paxson, Kalish & Kauffman Retirement Account | C | Div. | L | T | E X E M P T | | | | Exempt |
| 1/1/93 - 10/31/93 Dilworth, Paxson, Kalish & Kauffman Retirement Account | C | Div. | L | T | E X E M P T | | | | Exempt |
| 1/1/92 - 12/31/92 Penn Security Bank & Trust Co., Accounts 5244-732-1 and 58700 | A | Int. | J | T | E X E M P T | | | | Exempt |
| 1/1/93 - 10/31/93 Penn Security Bank & Trust Co., Accounts 5244-732-1 | A | Int. | J | T | E X E M P T | | | | Exempt |

| Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to... H=More th... |
| Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,... |
| Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Vanaskie, Thomas I. | Date of Report<br>11/18/93 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

VII.    Investments in my retirement account are self-directed, but are not owned individually by me or my spouse.  An account statement for the month ending September 30, 1993, the most current statement in my possession, is attached hereto as Exhibit "A".  The account statement identifies the investments in my retirement account as of 10/31/93.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____            Date _____

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                        Administrative Office of the
                                                        United States Courts
                                                        Washington, DC  20544

Digitized by Google